[No. 3755.]
McLure et al. v. Maynard Koen.

[No. 3756.]
McLure et al. v. J. Howard Koen.

Opinion Followed.
Affirmed on the opinion in the case of *McLure et al. v. Everett L. Koen,*
*ante,* p. 284.

*Appeals from the District Court of Prowers County.*

Mr. C. C. Goodale, for appellants.

Mr. Henry A. Dubbs, for appellees.

Mr. Justice Goddard delivered the opinion of the court.

These cases are identical in all their features with the pre-
ceding suit of *McLure v. Koen, ante,* p. 284, and were insti-
tuted by the respective appellees to establish their rights to
the use of water through defendant's ditch for the irrigation
of their lands, under and by virtue of the agreement referred
to in the opinion in that case.  By stipulation the cases were

tried together, and submitted upon the same evidence, and the district court entered a like judgment in these cases, from which separate appeals were taken to this court.

The same errors are assigned, and the same questions presented and argued in each of the three cases. It is unnecessary therefore to repeat what has been said in the foregoing opinion. For the reasons therein expressed, the judgment in these cases is also affirmed.

*Affirmed.*